IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

JAMES HARRELL,                          *

    Plaintiff,                       *

vs.                                     *

AA RECOVERY SOLUTIONS, INC.,            *        CASE NO. 3:25-cv-59 (CDL)

    Defendant.                       *

                                             *

O R D E R

Plaintiff filed this action on April 17, 2025.  More than 90 days have passed, and Plaintiff has not filed a proof of service showing that Defendant has been served with a copy of the summons and complaint.  Under Federal Rule of Civil Procedure 4(m), if a defendant is not served within 90 days after the complaint is filed, the court, after notice to the plaintiff, must dismiss the action without prejudice against the defendants or order that service be made within a specified time. Accordingly, Plaintiff is ordered to serve Defendant in accordance with the Federal Rules of Civil Procedure by August 22, 2025, and to file proof of that service by August 29, 2025. Failure to do so will result in the dismissal of Plaintiff's complaint against Defendant without prejudice.

IT IS SO ORDERED, this 1st day of August, 2025.

s/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE

MIDDLE DISTRICT OF GEORGIA