IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

JAMES HARRELL,                          *

    Plaintiff,                         *

vs.                                     *

AA RECOVERY SOLUTIONS, INC.,            *          CASE NO. 3:25-cv-59 (CDL)

    Defendant.                         *

                                         *

O R D E R

The Court ordered Plaintiff to file his motion for default judgment by September 26, 2025.  Plaintiff never filed this motion and instead moved the Court for leave to file an amended complaint, which the Court granted with explicit instructions for Plaintiff to file and serve the amended complaint as required by law. Plaintiff filed this amended complaint but failed to file a proof of service on Defendant.  The Court ordered Plaintiff to serve Defendant by February 4, 2026 and file proof of that service by February 11, 2026.  The Court warned that failure to file a proof of service would result in the dismissal of Plaintiff's Amended Complaint against Defendant without prejudice.  Plaintiff did not file a proof of service, nor did he ever file a motion for default judgment.  Therefore, because Plaintiff has failed to respond to

the Court's orders or otherwise prosecute this case, his entire action is dismissed without prejudice.

IT IS SO ORDERED, this 13th day of February, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

2